| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Gary A Strong<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1087<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Shira Strong<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7689<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   15–17882–RG | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Gary A Strong

   Shira Strong
   aka Shira M Zuckerman Strong

<u>10/8/20</u>

**By the court:** <u>Rosemary Gambardella</u>
                  United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 15-17882-RG |
| Gary A Strong | Chapter 13 |
| Shira Strong | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Oct 08, 2020 | Form ID: 3180W | Total Noticed: 55 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gary A Strong, Shira Strong, 171 Windsor Way, Hillside, NJ 07205-2937 |
| cr | + | Santander Consumer USA, Inc. dba Chrysler Capital, P.O. Box 562088, Suite 900 North, Dallas, TX 75356-2088 |
| 515477558 | + | Advanced Allergy, Asthma,, & Immunology, 125 Strawberry Hill Avenue, Stamford, CT 06902-2536 |
| 515477560 | + | Atlantic Health System, Overlook Medical Center, P.O. Box 35611, Newark, NJ 07193-5611 |
| 515477561 | + | Atlantic Neurosurgical, Specialists/MTBI, 310 Madison Avenue, Suite 300, Morristown, NJ 07960-6967 |
| 515728669 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 515620351 | | Department of the Treasury- Internal Revenue Servi, P.O. Box 7340, Philadelphia, PA 19101 |
| 515477575 | + | Fnb Omaha, Po Box 3412, Omaha, NE 68103-0412 |
| 515477577 | | New Jersey Anesthesia, P.O. Box 0037, Florham Park, NJ 07932-0037 |
| 515477578 | + | Overlook Hospital, PO Box 35611, Newark, NJ 07193-5611 |
| 515511791 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge Street, Stop Code 3105, Omaha, NE 68197 |
| 515675973 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 515477585 | + | Visions Federal Credit Union, 24 McKinley Avenue, Endicott, NY 13760-5491 |
| 515728071 | + | Wells Fargo Bank, N.A., Attn: Bankruptcy Department, 4101 Wiseman Boulevard, MAC# T7416-023, San Antonio, TX 78251-4200 |
| 515477586 | + | Wfhm, 4101 Wiseman Blvd # Mc-T, San Antonio, TX 78251-4200 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 08 2020 21:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 08 2020 21:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 515477557 | + | Email/Text: mreed@affcollections.com | Oct 08 2020 21:49:00 | Accurate Collection Services, 17 Prospect Street, Morristown, NJ 07960-6862 |
| 515592764 | | EDI: BECKLEE.COM | Oct 09 2020 01:18:00 | American Express Bank, FSB, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 515705842 | | EDI: BECKLEE.COM | Oct 09 2020 01:18:00 | American Express Centurion Bank, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 515477559 | + | EDI: AMEREXPR.COM | Oct 09 2020 01:18:00 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 515477562 | | EDI: BANKAMER.COM | Oct 09 2020 01:18:00 | Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| 515477573 | | EDI: BANKAMER.COM | Oct 09 2020 01:18:00 | Fia Csna, Po Box 982235, El Paso, TX 79998 |
| 515477563 | | EDI: CAPITALONE.COM | Oct 09 2020 01:18:00 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 515627971 | + | Email/Text: bankruptcy@cavps.com | Oct 08 2020 21:49:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste |

Case 15-17882-RG   Doc 59   Filed 10/10/20   Entered 10/11/20 00:36:36   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 08, 2020 | Form ID: 3180W | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| | | | | 400, Valhalla, NY 10595-2321 |
| 515477564 | + | EDI: CITICORP.COM | Oct 09 2020 01:18:00 | Cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 515477565 | + | EDI: CITICORP.COM | Oct 09 2020 01:18:00 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 515510008 | + | EDI: CHRM.COM | Oct 09 2020 01:18:00 | Chrysler Capital, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 515477567 | + | EDI: CITICORP.COM | Oct 09 2020 01:18:00 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 515477568 | + | EDI: WFNNB.COM | Oct 09 2020 01:18:00 | Comenity Bank/Anniesez, 995 W 122nd Ave, Westminster, CO 80234-3417 |
| 515477569 | + | EDI: WFNNB.COM | Oct 09 2020 01:18:00 | Comenity Bank/Anntylr, Po Box 182273, Columbus, OH 43218-2273 |
| 515477570 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 08 2020 21:46:36 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 515495171 | | EDI: DISCOVER.COM | Oct 09 2020 01:18:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 515477571 | + | EDI: DISCOVER.COM | Oct 09 2020 01:18:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 515477574 | + | EDI: AMINFOFP.COM | Oct 09 2020 01:18:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 515477566 | | EDI: JPMORGANCHASE | Oct 09 2020 01:13:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 515700587 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 08 2020 21:46:39 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 515573583 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 08 2020 21:46:54 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 515477576 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 08 2020 21:47:18 | Merrick Bank, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 515720736 | | EDI: PRA.COM | Oct 09 2020 01:18:00 | Portfolio Recovery Associates, LLC, c/o Elan Financial Services, POB 41067, Norfolk VA 23541 |
| 515720738 | | EDI: PRA.COM | Oct 09 2020 01:18:00 | Portfolio Recovery Associates, LLC, c/o Lord & Taylor, POB 41067, Norfolk VA 23541 |
| 515708157 | | EDI: PRA.COM | Oct 09 2020 01:18:00 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 515682451 | + | EDI: JEFFERSONCAP.COM | Oct 09 2020 01:18:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 515552423 | | EDI: Q3G.COM | Oct 09 2020 01:13:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 515477579 | + | EDI: RMSC.COM | Oct 09 2020 01:18:00 | Syncb/Lord & Tay, Po Box 965015, Orlando, FL 32896-5015 |
| 515477580 | + | EDI: RMSC.COM | Oct 09 2020 01:18:00 | Syncb/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 515477581 | + | EDI: RMSC.COM | Oct 09 2020 01:18:00 | Syncb/Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 515477583 | | EDI: TFSR.COM | Oct 09 2020 01:13:00 | Toyota Motor Credit, 4 Gatehall Dr Ste 350, Parsippany, NJ 07054 |
| 515477582 | | EDI: TFSR.COM | Oct 09 2020 01:13:00 | Toyota Motor Credit, PO Box 5855, Carol Stream, IL 60197 |
| 515477584 | | EDI: TFSR.COM | | |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 08, 2020 | Form ID: 3180W | Total Noticed: 55 |

|  |  |  | Oct 09 2020 01:13:00 | Toyota Motor Credit Corporation, Central Recovery Department, P.O. Box 2730, Mail Stop WF22, Torrance, CA 90509-2730 |
|---|---|---|---|---|
| 517781965 |  | EDI: BL-BECKET.COM |  |  |
|  |  |  | Oct 09 2020 01:18:00 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 515477572 |  | EDI: USBANKARS.COM |  |  |
|  |  |  | Oct 09 2020 01:18:00 | Elan Financial Service, 777 E Wisconsin Ave, Milwaukee, WI 53202 |
| 515945447 | + | EDI: WFFC.COM |  |  |
|  |  |  | Oct 09 2020 01:18:00 | Wells Fargo Bank, N.A., Attention: Bankruptcy Department, MAC#D3347-014, 3476 Stateview Blvd, Fort Mill, SC 29715-7203 |
| 516868758 |  | EDI: ECAST.COM |  |  |
|  |  |  | Oct 09 2020 01:18:00 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |
| 515638399 |  | EDI: ECAST.COM |  |  |
|  |  |  | Oct 09 2020 01:18:00 | eCAST Settlement Corporation, assignee, of Citibank, N.A., POB 29262, New York, NY 10087-9262 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 515592765 | * | American Express Bank, FSB, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 515638400 | * | eCAST Settlement Corporation, assignee, of Citibank, N.A., POB 29262, New York, NY 10087-9262 |
| 515638401 | * | eCAST Settlement Corporation, assignee, of Citibank, N.A., POB 29262, New York, NY 10087-9262 |
| jdb | *+ | Shira Strong, 171 Windsor Way, Hillside, NJ 07205-2937 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 10, 2020         Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bruce H Levitt | on behalf of Joint Debtor Shira Strong blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Bruce H Levitt | on behalf of Debtor Gary A Strong blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA  Inc. dba Chrysler Capital as servicer for CCAP Auto Lease |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Oct 08, 2020 | Form ID: 3180W | Total Noticed: 55 |

        ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Marie-Ann Greenberg
        magecf@magtrustee.com

Rebecca Ann Solarz
        on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

William M.E. Powers
        on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

William M.E. Powers, III
        on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

TOTAL: 8